UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON, #753595,  )
      Plaintiff,  )
        )  No. 1:20-cv-802
-v-  )
        )  HONORABLE PAUL L. MALONEY
SHERRY BURT, et al.,  )
      Defendants.  )
        )

## JUDGMENT

In accordance with the order entered on this date (ECF No. 39), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  August 6, 2021                                              /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge