UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN DEON JOHNSON #753595, )
        Plaintiff, )
) No. 1:20-cv-802
-v- )
) Honorable Paul L. Maloney
SHERRY BURT, )
        Defendant. )
)

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: March 10, 2023            /s/ Paul L. Maloney
                                                                               Paul L. Maloney
                                                                               United States District Judge